UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN GO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL RAAB, et al.,<br><br>    Defendants. | Case No. 21-cv-09455-HSG<br><br>**ORDER CONSOLIDATING CASES**<br><br>Re: Dkt. No. 35 |
| SEAN MORRIS,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL RAAB, et al.,<br><br>    Defendants. | Case No. 22-cv-01988-HSG<br><br>Re: Dkt. No. 24 |

Having reviewed the parties' stipulation regarding consolidation, Dkt. No. 35 in Case No. 21-cv-09455-HSG and Dkt. No. 24 in Case No. 22-cv-01988-HSG, the Court **GRANTS IN PART** and **DENIES IN PART** the stipulation. The Court consolidates *Go v. Raab*, Case No. 21-cv-09455-HSG, and *Morris v. Raab*, 22-cv-01988-HSG, for all purposes, including trial. The Court also grants the parties' request to appoint lead counsel:

> **THE BROWN LAW FIRM, P.C.**
> Timothy Brown
> 767 Third Avenue, Suite 2501
> New York, NY 10017
> Telephone: (516) 922-5427
> Facsimile: (516) 344-6204
> Email: tbrown@thebrownlawfirm.net

The Court's prior order temporarily staying this case, Dkt. No. 23 in Case No. 21-cv-

09455-HSG, shall apply to the consolidated action.

At this time, the Court cannot determine whether consolidation of any future cases is appropriate, nor can it preemptively apply its rulings in this case to later shareholder derivative actions involving Ardelyx.  The Court therefore **DENIES** the parties' advance request to consolidate future cases asserting similar claims and to apply the Court's rulings to later actions.  Lead Counsel is responsible for identifying potentially related cases, filing motions to relate as appropriate, and otherwise facilitating consolidation of any such cases to the extent the parties are seeking that result.

The case captioned *Morris v. Raab*, Case No. 22-cv-01988-HSG is hereby consolidated into Case No. 22-cv-09455-HSG.  The earlier-filed civil action, Case No. 21-cv-09455-HSG, shall serve as the lead case.  The clerk is directed to administratively close the later-filed civil action, Case No. 22-cv-01988-HSG.  All future filings should be done in the lead case only and should be captioned "*In Re Ardelyx, Inc. Derivative Litigation.*"

**IT IS SO ORDERED.**

Dated:   10/27/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge