| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Matthew Rawlinson (Bar No. 231890)<br>Daniel R. Gherardi (SBN 317771) |
| 3 | 140 Scott Drive<br>Menlo Park, California 94025 |
| 4 | Telephone: +1.650.328.4600<br>matt.rawlinson@lw.com |
| 5 | daniel.gherardi@lw.com |
| 6 | Melanie M. Blunschi (SBN 234264) |
| 7 | 505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111 |
| 8 | Telephone: +1.415.391.0600<br>melanie.blunschi@lw.com |

*Attorneys for Defendants, Michael Raab, Justin Renz, Robert Bazemore, Muna Bhanji, William Bertrand, Jr., Geoffrey A. Block, Onaiza Cadoret-Manier, Jan M. Lundberg, David Mott, Gordon Ringold, Richard Rodgers and Nominal Defendant Ardelyx, Inc.*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In Re Ardelyx, Inc. Derivative Litigation. | CASE NO. 4:21-cv-09455-HSG<br><br>**STIPULATION AND ORDER CONTINUING STAY OF ACTION PENDING APPEAL IN RELATED CASE**<br><br>(Civil L.R. 6-1, 6-2, 7-12)<br><br>Hon. Haywood S. Gilliam, Jr. |

Plaintiffs Alvin Go and Sean Morris ("Plaintiffs") and Defendants Michael Raab, Justin Renz, Robert Bazemore, Muna Bhanji, William Bertrand, Jr., Geoffrey A. Block, Onaiza Cadoret-Manier, Jan M. Lundberg, David Mott, Gordon Ringold, and Richard Rodgers, and Nominal Defendant Ardelyx, Inc. (collectively, "Defendants", and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this stipulation continuing the stay in this action and continuing the case management conference scheduled for December 17, 2024:

1. WHERAS, on December 7, 2021, Plaintiff Alvin Go filed a shareholder derivative action on behalf of nominal Defendant Ardelyx, Inc. ("Ardelyx" or the "Company") in this Court against Defendants Michael Raab, Justin Renz, Robert Bazemore, Muna Bhanji, William Bertrand, Jr., Geoffrey A. Block, Onaiza Cadoret-Manier, Jan M. Lundberg, David Mott, Gordon Ringold, and Richard Rodgers and nominal Defendant Ardelyx (collectively the "Defendants") alleging breaches of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, waste of corporate assets, and for violations of Section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and for contribution under Sections 10(b) and 21D of the Exchange Act, captioned *Go v. Raab, et al.,* Case No. 4:21-cv-09455 (the "Go Action");

2. WHEREAS, on January 19, 2022, the Court stayed the Go Action pending resolution of all motions to dismiss in the securities class action captioned *In re Ardelyx, Inc.,* Case No. 4:21-cv-05868-HSG (the "Securities Class Action") (Dkt. 23);

3. WHEREAS, on March 29, 2022, Plaintiff Sean Morris filed a shareholder derivative action on behalf of nominal Defendant Ardelyx in this Court against Defendants alleging breaches of fiduciary duty, gross mismanagement, abuse of control, unjust enrichment, and violations of Sections 10(b) and 21D of the Exchange Act, captioned *Morris v. Raab, et al.,* Case No. 3:22-cv-01988 (the "Morris Action");

4. WHEREAS, on October 27, 2022, the Court consolidated the *Go* and *Morris* actions into *In re Adrelyx, Inc. Derivative Litigation*, and stayed the case pending resolution of the Securities Class Action (Dkt. 37);

5. WHEREAS, on September 9, 2024, the Court granted Ardelyx's Motion to Dismiss the Third Amended Complaint the Securities Class Action with prejudice (Securities Class Action Dkt. 118);

6. WHEREAS, on October 9, 2024, the Plaintiff in the Securities Class Action filed a Notice of Appeal of the Court's order granting Ardelyx's Motion to Dismiss the Third Amended Complaint (Securities Class Action Dkt. 120);

7. WHEREAS, on December 9, 2024, the Court set a Case Management Conference to discuss how the case should proceed in light of the Court's dismissal order in the Securities Class Action;

8. WHEREAS, counsel for Plaintiffs and Defendants have met and conferred and agree that it would promote efficiency and conserve judicial and party resources to continue the stay in this action pending resolution of the appeal in the Securities Class Action and to continue the Case Management Conference until a date convenient for the Court at least 14 days thereafter.

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, that:

1. The current stay shall continue until the appeal in the Securities Class Action has been fully and finally resolved.

2. The Case Management Conference shall be continued until a date convenient for the Court, at least 14 days following resolution of the appeal in the Securities Class Action.

Dated: December 10, 2024

Respectfully submitted,
LATHAM & WATKINS LLP

By /s/ *Daniel R. Gherardi*
    Matthew Rawlinson (Bar No. 231890)
    Daniel R. Gherardi (Bar No. 317771)
    140 Scott Drive
    Menlo Park, California 94025
    Telephone: (650) 328-4600
    matt.rawlinson@lw.com
    daniel.gherardi@lw.com

Melanie Blunschi (Bar No. 234264)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
melanie.blunschi@lw.com

*Attorneys for Defendants, Michael Raab, Justin Renz, Robert Bazemore, Muna Bhani, William Bertrand, Jr., Geoffrey A. Block, Onaiza Cadoret-Manier, Jan M. Lundberg, David Mott, Gordon Ringold, Richard Rodgers and Nominal Defendant Ardelyx, Inc*

THE BROWN LAW FIRM, P.C.

*/s/ Timothy Brown*
Timothy Brown (pro hac vice)
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

Lead Counsel for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 12/11/2024

Hon. Haywood S. Gilliam, Jr.
United States District Judge